# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0094. XAVIER TOBIAS THORNTON v. THE STATE.**

On September 6, 2022, Xavier Tobias Thornton filed this pro se application for discretionary appeal to which he attached three trial court orders: a May 19, 2022, order dismissing a motion for an out-of-time appeal; a June 15, 2022, order dismissing a motion to withdraw a guilty plea; and a June 15, 2022, order dismissing a motion for new trial.[1] We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional; we cannot accept an application filed more than 30 days from the trial court's ruling. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Thornton's application was filed 83 days after the orders entered on June 15, 2022, and 110 days after the order entered on May 19, 2022, the application is untimely.

---

[1] Thornton filed the application in the Supreme Court, which transferred the matter to this Court. See S23D0147 (Sept. 29, 2022).

Accordingly, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/03/2022_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*

---

[2] Based on Thornton's application material, it appears he may have a motion to modify his sentence that remains pending in the trial court.